AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
AUG 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS

UNITED STATES OF AMERICA
V.
DIANE VICTORIA HOWARD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:94CR40070-001-JPG

USM Number: 03198-001

Melissa Day, FPD
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) __as to some alleged in petition__ of the term of supervision.

☐ was found in violation of condition(s) ____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed offense of Obstruction of Justice | 4/7/2007 |
| Special | The defendant failed to report for urinalysis testing | 5/14/2007 |
| Standard # 2 | The defendant to submit a report to probation | 4/30/2007 |
| Standard # 1 | The defendant possessed drug paraphernalia | 4/17/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 1969

Defendant's Residence Address:

Cairo, IL 62914

Defendant's Mailing Address:

Cairo, IL 62914

8/8/2007
Date of Imposition of Judgment

_(signature)_
Signature of Judge

J. Phil Gilbert     District Judge
Name of Judge     Title of Judge

August 10, 2007
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: DIANE VICTORIA HOWARD
CASE NUMBER: 4:94CR40070-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

21 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL